UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Fred Anthony Aragon, | Case No. 2:23-cv-00897-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Wendy Black; Coyote Corner, Inc.; and Jennifer Aragon, | |
| Defendants. | |

Before the Court is Plaintiff Fred Anthony Aragon's application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff's application is complete other than his financial certificate. Specifically, Plaintiff did not get his financial certificate signed by an authorized officer. The Court will thus defer screening Plaintiff's complaint under 28 U.S.C. § 1915 and will require Plaintiff to file a signed financial certificate (page 4 of the application) within thirty days. Plaintiff need only file the signed financial certificate. He does not need to re-submit his application, complaint, or financial records.

If Plaintiff is experiencing difficulty obtaining the required signature, he must file a declaration detailing when he requested the signature, who he spoke to about the status of the signature, who he followed up with after he did not receive the signature, and their responses. Plaintiff's declaration must include the dates of his requests, dates of his follow-up requests, names of the prison officials that he spoke to about the matter, and their responses. If Plaintiff's declaration demonstrates that he has done all that was possible to acquire the signature from prison officials, the Court will consider his application to proceed *in forma pauperis* complete.

///

**IT IS THEREFORE ORDERED** that Plaintiff must file a completed financial certificate signed by an authorized officer at the prison, or a declaration explaining why he was unable to obtain the signature, on or before **November 9, 2023**. **Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

**IT IS FURTHER ORDERED** that The Clerk of Court is kindly directed to mail Plaintiff the inmate form application to proceed *in forma pauperis* and its accompanying instructions.

DATED: October 10, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE