# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Fred Anthony Aragon,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wendy Black, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00897-GMN-DJA<br><br>**Order** |

The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint under 28 U.S.C. § 1915. (ECF No. 7). On screening, the Court dismissed Plaintiff's complaint with leave to amend, giving Plaintiff until January 10, 2024 to file an amended complaint. (*Id.* at 6). That deadline has passed. To date, the Court has not received an amended complaint or any request to extend the deadline for filing one. Federal Rule of Civil Procedure 41(b) permits dismissal of an action for the failure to prosecute or comply with rules or a court order. Plaintiff thus has thirty days from the date of this order to show cause why the Court should not recommend dismissal of Plaintiff's action for his failure to follow the Court's order to file an amended complaint or to prosecute his claims.

Accordingly, the Court **ORDERS** that Plaintiff show cause why the Court should not recommend the dismissal of his case in accordance with this order on or before **April 25, 2024. Failure to comply with this order will result in a recommendation that this case be dismissed.** The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: March 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE