# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Fred Anthony Aragon,<br><br>               Plaintiff,<br><br>v.<br><br>Wendy Black, et al,<br><br>               Defendants. | Case No. 2:23-cv-00897-GMN-DJA<br><br>**Report and Recommendation** |

On March 26, 2024, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal of his case for his failure to file an amended complaint by the Court's deadline. (ECF No. 9). The Court ordered Plaintiff to respond to the order on or before April 25, 2024. (*Id.*). The Court explained that "[f]ailure to comply with this order will result in a recommendation that this case be dismissed." (*Id.*). To date, Plaintiff has not filed anything further in this action.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

### NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: July 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE